Dan Stormer, Esq. [S.B. #101967]
dstormer@hadsellstormer.com
Anne Richardson, Esq. [S.B. #151541]
arichardson@hadsellstormer.com
Cindy Pánuco, Esq. [S.B. #266921]
cpanuco@hadsellstormer.com
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 North Fair Oaks Avenue
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

Attorneys for Plaintiff
DANA APUZZO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA APUZZO,<br><br>        Plaintiff,<br>vs.<br><br>GLEN IVY HOT SPRINGS, a corporation; JIM ROOT, an individual; CRISTEN STIER, an individual; and DOES 1 through 10; inclusive,<br><br>        Defendants. | Case No: CV12- 1768 CBM (DTBx)<br><br>[Assigned to the Honorable Consuelo B. Marshall - Courtroom 2]<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT OF CASE [CLOSE]**<br><br>Complaint Filed:   March 1, 2012<br>Trial Date:             July 30, 2013 |

[PROP] ORDER OF DISMISSAL

1 | The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety with prejudice.

DATED: August 2, 2013

_____
Consuelo B. Marshall
United States District Judge

[PROP] ORDER OF DISMISSAL        1